to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

OCTOBER 30, 1998

No. 98–18. BROOKER v. DUROCHER DOCK & DREDGE ET AL. C. A. 11th Cir. [Certiorari granted, 524 U. S. 982.] Writ of certiorari dismissed under this Court's Rule 46.1.

NOVEMBER 2, 1998

No. 98–19. UNITED STATES v. QUALLS. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Caron* v. *United States,* 524 U. S. 308 (1998).

No. D–1976. IN RE DISBARMENT OF KALYVAS. Disbarment entered. [For earlier order herein, see 524 U. S. 967.]

No. D–1987. IN RE DISBARMENT OF ANGELO. Disbarment entered. [For earlier order herein, see 524 U. S. 973.]

No. D–1988. IN RE DISBARMENT OF PRICE. Disbarment entered. [For earlier order herein, see 524 U. S. 975.]

No. D–2002. IN RE DISBARMENT OF GIFIS. Steven H. Gifis, of Pennington, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2003. IN RE DISBARMENT OF CUETO. Amiel Stephen Cueto, of Belleville, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2004. IN RE DISBARMENT OF CONSOLI. James A. Consoli, of Dowingtown, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, re-